UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY SPINALE,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | NO. CV 14-00508-BRO (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE**<br>**JUDGE** |

    Pursuant to 28 U.S.C. section 636(b)(1)(B), the Court has reviewed the complaint, the records on file, and the attached Amended Report and Recommendation of United States Magistrate Judge. After having made a de novo determination of the portions of the Amended Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

    IT IS ORDERED that: (1) the Amended Report and Recommendation is accepted and adopted as the Findings of Fact and Conclusions of Law herein; (2) the decision of the Administrative Law Judge is vacated; and (3) the matter is remanded to the Social Security

1  Administration for further administrative action consistent with the
2  Amended Report and Recommendation.
3
4      IT IS FURTHER ORDERED that the Clerk shall serve forthwith a
5  copy of this Order, the Magistrate Judge's Amended Report and
6  Recommendation and the Judgment on counsel for Plaintiff and on the
7  United States Attorney for the Central District of California.
8
9      DATED: July 29, 2015.

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE