**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| STACEY SPINALE, | ) | NO. CV 14-00508-BRO (AS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is vacated, and the matter is remanded to the Social Security Administration for further proceedings consistent with the Court's Order.

DATED: July 29, 2015.

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE